# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY D. ELKINS,<br><br>           Petitioner,<br><br>   v.<br><br>T. JUSINO,<br><br>           Respondent. | Case No. ED CV 20-0003 RGK (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.

The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

DATED: August 7, 2020

                                                  *Gary Klausner*
                                          R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE