UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY D. ELKINS, | Case No. ED CV 20-0003 RGK (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| T. JUSINO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED:  August 7, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE